UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QEANA ALFRED, | CASE NO. 2:25-cv-1769-JNW |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

After reviewing the parties' joint status report, Dkt. No. 19, the Court sets the following deadlines:

| EVENT | DATE |
|---|---|
| Deadline for joining additional parties | April 6, 2026 |
| Deadline to amend pleadings | April 6, 2026 |
| Affirmative class certification expert disclosures | April 10, 2026 |
| Rebuttal class certification expert disclosures | April 24, 2026 |

MINUTE ORDER - 1

| EVENT | DATE |
|---|---|
| Completion of depositions of class certification experts | May 22, 2026 |
| Deadline to file Motion for class certification | June 19, 2026 |
| Deadline to file Opposition to motion for class certification | July 17, 2026 |
| Deadline to file Reply to motion for class certification | July 31, 2026 |
| Hearing on class certification | To be announced |

The Court will set further case scheduling deadlines after ruling on the motion for class certification. If the Court denies the class certification motion, any party may request an expedited trial date. These are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown.

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 25th day of March 2026.

Joshua C. Lewis

Clerk

/s/Kathleen Albert

Deputy Clerk

MINUTE ORDER - 2